COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                         |   |                         |
|-------------------------|---|-------------------------|
|                         | § |                         |
|                         | § |                         |
| IN RE:  ERIC FLORES,    | § | No. 08-09-00265-CR      |
|                         | § |                         |
|         Relator.        |   | AN ORIGINAL PROCEEDING  |
|                         | § |                         |
|                         |   | IN MANDAMUS             |
|                         | § |                         |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relator, Eric Flores, seeks a writ of mandamus to compel the Honorable David Guaderrama, Judge of the 243rd Judicial District Court, to discontinue "advancing the private interest of a person named [omitted] to convey the impression that he is in a special position to frivol- [sic] frivolously portray to be an assistant district attorney for the purpose of prosecuting [Relator] without due process of law."

In order to obtain relief through a writ of mandamus, a relator must establish:  (1) no other adequate remedy at law is available and (2) that the act he seeks to compel is ministerial.  *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals At Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007).  An act is ministerial if it does not involve the exercise of any discretion. *State ex  rel. Hill v. Court of Appeals for the Fifth District*, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001).  Based on the petition and record provided, Mr. Flores has not demonstrated he is entitled to mandamus relief.  *See* TEX.R.APP.P. 52.8.  We therefore deny relator's request.

November 12, 2009

_____

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)